IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

C.T., MOTHER OF M.T., A CHILD,

      Appellant,

v.

FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2564

Opinion filed November 3, 2014.

An appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Michael A. Tupper, Jacksonville, for Appellant.

Ward L. Metzger, Jacksonville; and Freda Floyd, Orange Park, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, RAY, and MAKAR, JJ., CONCUR.